TRINETTE G. KENT (State Bar No. 025180)
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Augustina Itimi*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustina Itimi, | Case No.: 2:17-cv-03355-DKD |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Equifax Information Services, LLC, et al., | |
| Defendantss. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1
2
3  RESPECTFULLY SUBMITTED this 8th day of November, 2017.
4
5                                KENT LAW OFFICES
6
7                                By: __/s/  *Trinette G. Kent*__
                                 Trinette G. Kent
8                                Attorneys for Plaintiff,
                                 Augustina Itimi
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28