TRINETTE G. KENT (State Bar No. 025180)
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Augustina Itimi*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustina Itimi,<br><br>  Plaintiff,<br><br> vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>  Defendantss. | Case No.: 2:17-cv-03355-DKD<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., AND NATIONAL CREDIT SYSTEMS, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendants, Experian Information Solutions, Inc. and National Credit Systems, Inc., in the above-captioned

1

1  case have reached a settlement.  The parties anticipate filing Stipulations of Dismissal

2  with Prejudice as to each Defendant pursuant to Fed. R. Civ. P. 41(a) within 60 days.

3

4

5

6  RESPECTFULLY SUBMITTED this 12th day of February, 2018.

7

8                  KENT LAW OFFICES

9                  By: _/s/  Trinette G. Kent_
10                  Trinette G. Kent
11                  Attorneys for Plaintiff,
                 Augustina Itimi

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28