IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustina Itimi,<br><br>          Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>          Defendants. | No. CV-17-03355-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 48) is **granted**;

2. That the Stipulation for Dismissal (Doc. 49) is **denied as moot**;

3. That *Defendant Experian Information Solutions, Inc.* is **dismissed with prejudice**;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall **terminate** Defendant Experian Information Solutions, Inc. as a party in this action.

Dated this 23rd day of March, 2018.

Honorable Steven P. Logan
United States District Judge